IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CEC ENTERTAINMENT, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:16-CV-02493-M |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | § § § § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL

COME NOW, Plaintiff CEC Entertainment, Inc. and Defendant Travelers Casualty and Surety Company of America (collectively, the "Parties"), and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate and agree as follows:

(1) The Parties have reached a compromise settlement that resolves all claims that are in dispute between them in this action;

(2) All claims or matters that were asserted or could have been asserted between the Parties in this action should be dismissed with prejudice.

(3) Each of the Parties should bear its own fees and costs for this action.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that the Court enter the proposed Order dismissing this action in accordance with the terms of this Stipulation.

Respectfully submitted,

By: /s/ *Amy Elizabeth Stewart*
Amy Elizabeth Stewart
State Bar No. 00784300
amy@amystewartlaw.com
Katherine Hendler Fayne
State Bar No. 24036752
katherine@amystewartlaw.com
AMY STEWART PC
5307 E. Mockingbird Lane, Suite 425
Dallas, Texas 75206
(214) 233-7076 – telephone
(214) 975-2806 – facsimile

**ATTORNEYS FOR PLAINTIFF
CEC ENTERTAINMENT, INC.**


By: /s/ *Ashley F. Gilmore*
J. Price Collins
State Bar No. 04610700
price.collins@wilsonelser.com
Ashley F. Gilmore
State Bar No. 50511704
ashley.gilmore@wilsonelser.com
WILSON ELSER MOSKOWITZ
   EDELMAN & DICKER LLP
901 Main Street, Suite 4800
Dallas, Texas 75202
(214) 698-8000 – telephone
(214) 698-1101 – facsimile

**ATTORNEYS FOR DEFENDANT
TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA**

## CERTIFICATE OF SERVICE

This is to certify that, on August 16, 2018, a true and correct copy of the foregoing was served on the following counsel via the Court's CM/ECF system:

Amy Elizabeth Stewart
Katherine Hendler Fayne
AMY STEWART P.C.
5307 E. Mockingbird Lane, Suite 425
Dallas, TX 75206

**ATTORNEYS FOR PLAINTIFF
CEC ENTERTAINMENT, INC.**

                                                                        */s/ Ashley F. Gilmore*
                                                                        Ashley F. Gilmore